U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2020 JUL 29  A 10: 34

CLERK OF COURT

2900 W. Highland Blvd. Apt 108
Milwaukee, WI 53208
July 29, 2020

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

Re: Robin Williams v. Sam's East, Inc.
Case # 18-CV-1355

Dear Clerk of Courts,

Enclosed please find the original version of Plaintiff's Rule 26(a)(1) Initial Disclosures in accordance with the Federal Rules of Civil Procedures for the Honorable Pamela Pepper's court. Same has been submitted to the Defendant's counsel by hand delivery or U.S. mail.

Truly,

Robin Williams-Plaintiff
414-215-3687

cc: Atty. Sofija Anderson (Littler Mendelson)