2900 W. Highland Blvd. Apt 108
Milwaukee, WI 53208
September 10, 2020

The Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

                         Re: Robin Williams v. Sam's East, Inc.
                         Case # 18-CV-1355

Your Honor,

Enclosed is Plaintiff's Second Motion to be Appointed Counsel and a 2nd Letter for the Record for the Court. Same has been sent via regular U.S. or certified mail to the Defendant by way of their counsel.

Truly,

Robin Williams-Plaintiff
414-215-3687


cc: Sofija Anderson (Littler Mendelson)