Re: New Entry: Website Contact Us Form

From: aolson@employee-advocates.com (aolson@employee-advocates.com)
To: williamsrobin539@yahoo.com
Date: Sunday, December 22, 2019, 10:10 AM CST

External images are now more secure, and shown by default. Change in Settings

Hi Robin,

We would not need an extension to file your amended complaint. When our firm takes on a case, we handle everything and charge a flat fee of $10K offset against a 1/3 contingency, plus out of pocket expenses. I'm sharing this with you now so that you understand the financial comittment required. Thank you.

Alan C. Olson

Alan C. Olson & Associates, s.c.

2880 S. Moorland Rd.

New Berlin, WI 53151-3744

Phone 262.785.9606

Fax: 262.785.1324

Email: AOlson@Employee-Advocates.com

*This email transmission is intended for the use of the person to whom it is addressed. It may contain information that is confidential, privileged or otherwise exempt from disclosure. If you are not the intended recipient or the person authorized to deliver this email to the intended recipient, you are hereby notified that any dissemination of this email is prohibited. If you have received this email in error, please notify us immediately and return the original email to my email.*

Case 2:18-cv-01355-PP    Filed 09/14/20    Page 1 of 1    Document 57-1