

2900 W. Highland Blvd. Apt 108
Milwaukee, WI 53208
April 14, 2021

APR 16 2021

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

Re: Robin Williams v. Sam's East, Inc.
Case # 18-CV-1355

Dear Clerk of Courts,

Enclosed is Plaintiff's Letter to the Court Regarding the Cancelled April 14, 2021 Hearing for the Honorable Pamela Pepper's court. Same has been sent via regular U.S. mail to the Defendant by way of their counsel.

Truly,

Robin Williams-Plaintiff
414-215-3687


cc: Sofija Anderson (Attorney for the Defendant)