2900 W. Highland Blvd. Apt 108
Milwaukee, WI 53208
August 3, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 AUG -5 PM 12: 14

CLERK OF COURT

The Honorable Pamela Pepper
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave., Room 362
Milwaukee, WI 53202

Re: Robin Williams v. Sam's East, Inc.
Case # 18-CV-1355

Your Honor,

I, Robin Williams, am the pro se plaintiff in the above case. It has been about 7 months since I submitted my Motion to Compel and Motion for Sanctions to this court. It has been 6 months since I filed my Opposition to Defendant's Summary Judgement and my own Motion for Summary Judgment. It has been 5 months since I filed my Reply to Defendant's Response to Plaintiff's Cross Motion for Summary Judgment.

In view of these, may I know when a decision will be made on my motions? I mean absolutely no disrespect to the court. I am simply trying to learn the status of my case.

Truly,

Robin Williams-Plaintiff
414-215-3687

cc: Sofija Anderson (Littler Mendelson)